```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

SALVADOR VERAS,

                Plaintiff,        21-cv-11186 (JGK)

    - against -                 ORDER

A. DUIE PYLE, INC. and CAROS QUINONES MONTANEZ,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for April 27, 2022 at 2:30 p.m. is canceled.

SO ORDERED.

Dated:    New York, New York
            April 25, 2022

                                 /s/ John G. Koeltl
                                   John G. Koeltl
                                  United States District Judge