```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SALVADORE VERAS,
                        Plaintiff(s)
                                                                    21 civ 11186 (JGK)
        -against-

A. DUIE PYLE, INC. and
CARLOS QUINONES MONTANEZ,
                        Defendant(s).
------------------------------------------------------------X
```

## ORDER

The parties are directed to appear for a conference on **Tuesday, November 14, 2023, at 12:00pm.**

**SO ORDERED.**

_/s/ John G. Koeltl_
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 3, 2023