UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SALVADOR VERAS,

                Plaintiff(s)

                21 civ 11186 (JGK)

    -against-

A. DUIE PYLE, INC., et al.,

                Defendant(s).
-----------------------------------------------------------X

## ORDER

    The Court entered an order of discontinuance on November 14, 2023, discontinuing the case (Document 22). The Court entered an additional order on that date (Document 23), directing the parties to submit any voir dire requests and requests to charge by December 18, 2023 and any objections by December 21, 2023; with a final pretrial conference on January 9, 2024 and trial date of January 17, 2024. The dates in the additional order were contingent on the case being restored to the calendar within 30 days after the entry of that order.

    The parties having made no requests to restore the matter, all dates in the Court's order of November 14, 2023 (Document 23) are canceled.

**SO ORDERED.**

                                          JOHN G. KOELTL
                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       December 21, 2023